UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

    DAVID E. MOLLON,

                  Petitioner.
-----------------------------------------------------------x

Chapter 11
Case No. 11-

## AFFIDAVIT UNDER RULE 1007-2 OF THE LOCAL RULES

STATE OF NEW YORK    )
                                ss.:
COUNTY OF WESTCHESTER  )

**David E. Mollon,** being duly sworn, deposes and says:

1. That he is the above-named Petitioner, residing at 15 Susquehanna Avenue, Great Neck, New York 11021 with his non-debtor spouse and is filing his petition for reorganization under Chapter 11 of the Bankruptcy Code simultaneously herewith.

2. Petitioner is an attorney doing business as Law Offices of David E. Mollon.

3. Pursuant to Rule 1007 of the Local Rules of this Court, deponent states that there are no pending prior bankruptcy cases.

4. A summary of Debtor's assets and liabilities is as follows:

- Assets of approximately $1,265,000.00, consisting primarily of Petitioner's residence and the contents thereof, together with his interest in his IRA account.

- Liabilities in the sum of approximately $2,745,00.00 which sum is owed to secured, priority and unsecured creditors.

Debtor's substantial assets are located at 15 Susquehanna Avenue, Great Neck, New York 11021. Debtor's books and records are located at 15 Susquehanna Avenue, Great

1

Neck, New York 11021. There are no assets currently being held by Petitioner, outside the territorial limits of the United States (although the Petitioner is the holder of a Certificate of Deposit and a checking account at Banco Pastor, Spain, which belongs to Petitioner's mother).

5. Petitioner has no executory contracts or unexpired leases.

6. Petitioner is not involved in any litigation.

7. Petitioner estimates his expenses for the thirty (30) day period following the filing herein, at approximately $11,850.00. The estimated amount of income Petitioner expects to receive is $5,000.00 for the period of thirty (30) days following the filing of the Chapter 11 petition.

8. Annexed hereto is a list of the twenty (20) largest unsecured creditors, excluding insiders.

9. No property of the Petitioner is in the possession or custody of any public officer, receiver, trustee, assignee for the benefit of creditors, mortgagee, pledgee, or assignee of rents.

10. No shares of stock debentures or other securities of the Petitioner are publicly held.

11. Over the past year, taxing authorities have placed tax liens on Petitioner's Residence, and Petitioner's various tax liabilities have significantly reduced Petitioner's ability to timely pay his expenses.

12. Debtor has the following secured creditors:

- CitiMortgage, which maintains a first mortgage on Petitioner's residence in the approximate sum of $496,000.00;

- The Internal Revenue Service, which has asserted tax liens on the Petitioner's residence in the approximate sum of $1,818,767.25; and

- The New York State Department of Taxation and Finance, which has asserted tax liens on the Petitioner's residence in the approximate sum of $154,837.00.

                                              /s/ David E. Mollon
                                              David E. Mollon

Sworn to before me this
19th day of May, 2011.
/s/ Bruce R. Alter
Bruce R. Alter
Notary Public, State of New York
No. 02AL000053515
Qualified in Westchester County
Commission Expires 8/31/2013

## LIST OF TWENTY LARGEST UNSECURED CREDITORS

Kamerman & Soniker, P. C.
708 Third Avenue, Suite 1610
New York, New York 10017                     $2,745.00

Northshore Hospital
300 Community Drive
Manhasset, NY  11030-3876                    $   700.00
                                             (disputed)